**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALIAKSANDR ULANOVICH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-85-JD |
| | ) | |
| MARK SIEGEL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER TO SHOW CAUSE**

Petitioner Aliaksandr Ulanovich, proceeding through counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition").  Doc. 1.  However, Petitioner must cure three deficiencies before this action can proceed.

I.    **Entry of Appearance (LCvR83.4)**

On January 21, 2026, the Court ordered Petitioner's counsel Brian S. Green to file his entry of appearance.  Doc. 4.  Though (1) Mr. Green has been ordered by the Court to do so, *id.*, and (2) the Court's Local Civil Rules require that he do so, LCvR83.4, Mr. Green has not filed his entry of appearance.  The Court cautions counsel that he is expected to comply with the Court's orders and all relevant rules, and the Court expects strict compliance in the future.

Mr. Green is **ORDERED** either to comply with the Court's Order to file his entry of appearance in accordance with Local Civil Rule 83.4 or to show cause for his failure to comply not later than **January 29, 2026**.

## II.    Association with Local Counsel (LCvR83.3)

On January 21, 2026, the Court also ordered Mr. Green to associate with local counsel pursuant to Local Civil Rule 83.3 or to seek relief from the rule.  Doc. 4.  Though (1) Mr. Green has been ordered by the Court to do so, *id.*, and (2) the Court's Local Civil Rules require that he do so, LCvR83.3, Mr. Green has not done either.

Mr. Green is **ORDERED** either to comply with the Court's Order to associate with local counsel, to seek relief from this requirement, or to show cause for his failure to comply not later than **January 29, 2026**.

## III.    Filing Fee

In addition, Petitioner has not paid the $5.00 filing fee required to initiate an action for writ of habeas corpus or, alternatively, filed a motion to proceed in forma pauperis.  *See* LCvR3.2(b) (noting that a motion to proceed in forma pauperis must be filed when the case is filed, or "otherwise, filing fees must be paid in full within 3 business days of filing a civil action, suit, or proceeding, or the matter may be subject to dismissal without prejudice").

## IV.    Conclusion

Accordingly, not later than **January 29, 2026**,

1)    Petitioner's counsel must either comply with the Court's Order to file his entry of appearance in accordance with Local Civil Rule 83.4 or show cause for his failure to comply,

2)    Petitioner's counsel must either comply with the Court's Order regarding Local Civil Rule 83.3 or show cause for his failure to comply, and

3)      Petitioner must either pay the $5.00 filing fee or file a motion to proceed in forma pauperis.

Failure to cure these deficiencies may result in dismissal of this action.

**IT IS SO ORDERED** this 27th day of January, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

3