**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALIAKSANDR ULANOVICH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-85-JD** |
| | ) | |
| **MARK SIEGEL, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER TO SHOW CAUSE**

On February 5, 2026, the Court ordered Respondents to fix several deficiencies in recent filings, Docs. 12, 13, 14, 15, and those filings were stricken. Doc. 16. On the same day, Respondents apparently attempted to comply with that Order. *See* Docs. 17, 18. However, the new filings were still deficient. Accordingly, Doc. 17 and Doc. 18 are **STRICKEN**. Respondents shall re-file documents that comply with the Court's February 5 Order not later than February 9, 2026, or show cause for their failure to comply. Respondents will not be provided another opportunity to file compliant documents, and any future deficient filings will be stricken.

Counsel for Respondents also failed to change his email on the Court's electronic docket. Counsel for Respondents shall do so before re-filing any documents or show cause for his failure to comply. Failure to fix the email address before re-filing documents will likely result in the documents being stricken.

In addition, Petitioner's deadline to file a reply brief is currently set for February 9, 2026. Doc. 8. Petitioner should already be aware of the substance of Respondents'

Response brief, as it has twice been filed, albeit improperly titled on the Court's electronic docket. Docs. 15 (stricken by Doc. 16), 18 (stricken by this Order). Notwithstanding, considering the confusion with Respondents' filings, the Court sua sponte **EXTENDS** Petitioner's deadline to file any reply brief to February 10, 2026.

**IT IS SO ORDERED** this 6th day of February, 2026.

Chris M. Stephens
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE