# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

ALIAKSANDR ULANOVICH,        )
                                        )
      **Petitioner,**          )
                                        )
**v.**                                 )      **Case No. CIV-26-85-JD**
                                        )
**MARK SIEGEL, et al.,**       )
                                        )
      **Respondents.**      )

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, Respondents' Response, Doc. 21, and Petitioner's Reply, Doc. 22. On February 11, 2026, Petitioner filed a Notice of Supplemental Facts informing the Court of the Immigration Judge's bond hearing decision. Doc. 23. On February 26, 2026, Respondents filed a Notice of Developments in Petitioner's Removal Proceedings informing the Court of the amended immigration charges against Petitioner and the Immigration Judge's updated bond hearing decision based on the new charges. Doc. 26.

On March 1, 2026, Petitioner filed a Supplemental Brief based on the recent factual developments in his immigration proceedings.[1] Doc. 28. Respondents shall respond to

---

[1] Petitioner should have filed a motion for leave to file a supplemental brief in accordance with Local Civil Rule 7.1(h). *See* LCvR7.1(h) ("Supplemental briefs may be filed only upon motion and leave of court."). However, in the interests of judicial efficiency and due to the time-sensitive nature of these habeas proceedings, the Court grants leave on this one occasion and accepts Petitioner's supplemental brief without requiring Petitioner to file a motion. The Court expects strict compliance with the Local Rules with all future filings.

Petitioner's Supplemental Brief not later than March 10, 2026.  To the extent Petitioner wishes to file a Reply brief, he must do so not later than March 13, 2026.

**IT IS SO ORDERED** this 3rd day of March, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

2